■ In the Matter of RAFAEL PEREZ, Petitioner, v MICHAEL AMBRECHT et al., Respondents. [835 NYS2d 522]—Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied and the petition dismissed, without costs or disbursements. All concur. No opinion. Order filed. Concur—Saxe, J.P., Friedman, Marlow, Sullivan and McGuire, JJ.